**Order entered August 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01015-CR

### MICHAEL D. WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 4
### Dallas County, Texas
### Trial Court Cause No. F94-03570-TK

## ORDER

Appellant's request for order of abatement and remand for evidentiary hearing is

**DENIED** as moot.


/s/     DAVID L. BRIDGES
        JUSTICE